IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SILVERGATE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 19-678-LPS <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND [PROPOSED] ORDER**
**TO TAKE FACT DEPOSITION OUT OF TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the Scheduling Order (D.I. 28, as amended) is amended so as to permit the deposition of Kapil Gupta to be taken on or before July 2, 2020.

All other provisions and deadlines in the Scheduling Order shall remain unchanged unless otherwise amended by Order of the Court.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT <br> & TUNNEL LLP <br><br> /s/ Megan E. Dellinger <br> Jack B. Blumenfeld (No. 1014) <br> Megan E. Dellinger (No. 5739) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19801 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> mdellinger@mnat.com <br><br> *Attorneys for Plaintiff* | YOUNG CONAWAY STARGATT <br> & TAYLOR, LLP <br><br> /s/ Samantha G. Wilson <br> Anne Shea Gaza (No. 4093) <br> Samantha G. Wilson (No. 5816) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> agaza@ycst.com <br> swilson@ycst.com <br><br> *Attorneys for Defendant* |

Dated: June 25, 2020

SO ORDERED this ___ day of _____, 2020.

_____
The Honorable Leonard P. Stark
United States District Court Judge

26693051.1